(38)

COPIES SENT

12/5/03    by

date

# United States District Court
## Northern District of New York

FILED
DEC 05 2003
AT          O'CLOCK
U.S. DISTRICT COURT, N.D. OF N.Y.

## JUDGMENT IN A CIVIL CASE

LARRY LYLE LASKO

V.          CASE NUMBER: 9:00-CV-1967 LEK/DEP

CHRIST MELLAS; DOUG LUMB;
ROBERT PIRIE; MARK CHALOM;
MARRY ANN LANDRY

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of the defendants. Pursuant to U.S. Senior District Judge Warren W. Eginton, dated December 4, 2003, defendant's motion for summary judgment is granted and this action is closed.

December 5, 2003

_____
DATE

**LAWRENCE K. BAERMAN**

_____
CLERK

_____
(BY) DEPUTY CLERK