OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN
CLERK**

JAMES HANLEY FEDERAL BUILDING
100 S. CLINTON STREET
P.O. BOX 7367
SYRACUSE, NEW YORK 13261-7367
(315)234-8500

U.S. DISTRICT COURT-N.D. OF N.Y.
FILED
DEC 10 2003
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk -Syracuse

To:   Larry Lasko, Plaintiff, Pro Se     Case Number: 9:00-CV-1967
                                                          LEK/DEP

      **ORDERED** that the enclosed paper(s) in the above-entitled action have been rejected and returned herewith by the Court, for the following reason(s) checked below. Please read this list carefully to correct the mistakes in your papers.

[ x ]   Your recent letter is being returned to you. Papers cannot be filed without some indication that they have been served on your opponent(s) or their attorney(s). See Local Rule 5.1(a). This office will not forward copies of your papers to your defendants or their counsel.

Also, your action was closed on 12/5/03. See dkt no. 37.

It is unclear what relief, if any, you are seeking from the Court. Any relief being sought, must be in the form of a motion that complies with the Local Rules.

**IT IS SO ORDERED.**

Date:   December  10  , 2003

_____
David E. Peebles
United States Magistrate Judge

Note:   A copy of this Order has been served upon the parties to this action.

nas

COPIES SENT
12/10/03
Date     By

Lasko
v.
Mellas et. al

9:00cv-1967
(LEK)(DEP)

Dear District Judge
Warren W. Eginton

all Facts in my complaint are in Facts and disputed. I have Been away From my Fiale and have been unabale To Breeze over/over.

Please: I have requested For an Attorney To help in Preparing my DeFence, <u>First</u> on page 3. The Use oF mariwana was used To lower my liver Functions in witch The DeFendants, DiD Ignore. and

Second. my request For assistance with my disability Papese. was not For benefits It was For Them To observe my abilities For <u>Physical Functions</u>

as to page 7. I reFused Lawn's and grounds. I was not removed. and as To The Med's I had To Threaten with <u>Graivences</u>, go To cptain med's